419 F.2d 835
 FARRELL LINES INCORPORATED, Libellant-Appellant,
v.
TITAN INDUSTRIAL CORPORATION, Respondent-Appellee.
 No. 308, Docket 33702.
 United States Court of Appeals Second Circuit.
 Argued Dec. 9, 1969.
Decided Dec. 16, 1969.
 
 George W. Sullivan, New York City (Francis R. Matera, Lilly, Sullivan & Purcell, New York City, on the brief), for libellant-appellant.
 John S. Rogers, New York City (Burlingham, Underwood, Wright, White & Lord, New York City), for respondent-appellee.
 Before MOORE and KAUFMAN, Circuit Judges, and RYAN,[1] District judge.
 PER CURIAM:
 
 
 1
 The judgment of the District Court is affirmed on the opinion of Judge MacMahon, reported at 306 F.Supp. 1348 (S.D.N.Y.1969).
 
 
 
 [1]
 Of the Southern District of New York, sitting by designation